UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI,
JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE III
_____/
[OWNER OF RECORD: 205 N. Hibiscus LLC, a Wyoming Limited Liability Company]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on December 18, 2024, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **205 N. Hibiscus Dr., Miami Beach, Florida 33139**, being the same premises conveyed to 205 N. Hibiscus LLC, on May 13, 2024, and recorded on May 23, 2023, in Miami-Dade County, CFN: 20240393652 in Book 34238, Pages 4548-4549, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> All of that certain land, situate, lying and being in the County of Miami-Dade, State of Florida to wit: Lot 31 and all of Lot 32, less the East 40 feet, in Block 2, of HIBISCUS ISLAND, according to the map or plat thereof, as recorded in Plat Book 8, Page 75, of the Public Records of Miami-Dade County,

1

Florida; together with that part of the 20 foot strip contiguous and abutting said lots.

Tax ID: 02-3232-006-0480

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 982(a)(1) and (a)(2)(A).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

    Respectfully Submitted,

    ROGER B. HANDBERG
    United States Attorney

By:    *s/Suzanne C. Nebesky*
    SUZANNE C. NEBESKY
    Assistant United States Attorney
    Florida Bar Number 59377
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6000 – telephone
    E-mail: suzanne.nebesky@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney