UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI,
JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE III
_____/
[OWNER OF RECORD: ENDLESS VIEWZ LLC, a U.S. Virgin Islands limited
liability company]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was

commenced on December 18, 2024, and is now pending in the United States District

Court for the Middle District of Florida between the parties named in the above-

referenced action.

The United States of America is seeking to forfeit certain real property located

at **195 Chocolate Hole, Cruz Bay, St. John, U.S. Virgin Islands, 00830**, being the

same premises conveyed to ENDLESS VIEWZ LLC, on February 23, 2021, and

recorded on March 2, 2021, in the Official Records of St. Thomas/St. John, Doc

#2021000938, including all improvements thereon and appurtenances thereto, the

legal description for which is as follows:

Parcel No. 195 Estate Chocolate Hole
No. 11 Cruz Bay Quarter
St. John, U.S. Virgin Islands
Consisting of 0.53 U.S. Acres, more or less

As shown on PWD No. G9-633-T62
Parcel Number: 3-08203-0603-00

The United States seeks forfeiture of the above property pursuant to the

provisions of 18 U.S.C. §§ 982(a)(1) and (a)(2)(A).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. §

853(k) prohibit any claimant to the described property from: (1) intervening in the

trial or appeal of the criminal case, or (2) commencing an action at law or equity

against the United States concerning the validity of any alleged interest in the

property, except as provided by the provisions of 21 U.S.C. § 853(n), following the

entry of any order of forfeiture. Further information concerning this action may be

obtained from the records of the Clerk of Court for the United States District Court,

Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North

Florida Avenue, Tampa, Florida 33602.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney


By:    *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system that will

send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
